IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as Indenture Trustee, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 21-00029-KD-B ) |
| BAMA OAKS RETIREMENT, LLC, SAINT SIMONS HEALTH CARE, LLC, and MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND), | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on the Motions to Approve Compensation for Services Rendered and Expenses Incurred as Counsel to Receiver from October 1, 2022 through October 31, 2022, and November 1, 2022 through November 30, 2022, and December 1, 2022 through December 31, 2022, filed by Waller Lansden Dortch & Davis LLP (docs. 178, 188, 193). For October, Waller seeks approval of compensation in the amount of $4,938.90 for attorney fees (doc. 178, p. 5).[1] For November, Waller seeks approval of compensation in the amount of $1,034.25 for attorney fees and $100.14 for expenses (doc. 188, p. 5). For December, Waller seeks approval of compensation in the amount of $1,862.55 for attorney fees and $.73 for expenses (doc. 193, p. 5).

Waller asserts that the compensation and reimbursement requested is reasonable and

---

[1] The services performed and expenses incurred during the months of October, November, and December 2022 were allocated between the Receivership for the Assisted Living Facility (Civil Action No. 21-00028-KD-B) and the Receivership for the Independent Living Facility (Civil Action No. 21-00029-KD-B), with the former incurring 70% of the attorney fees and expenses and the latter incurring 30% of same.

incurred for services necessary to the Receiver's performance and exercise of his duties and responsibilities. In support, Waller cites to certain provisions in the Order appointing the Receiver (doc. 40, ¶¶ 8, 19, 36). Waller also provides time records which describe the services provided; identify the attorney performing the services, the time expended by that attorney, and the hourly rate; and set forth the total fees and expenses (Exhibit A to the Motions).

The thirty (30) day period for objection has passed (doc. 40, ¶ 36). To date, no objections have been filed.

Upon consideration of the Motions/Fee Applications, the time records, the Order appointing the Receiver, and the absence of any objection, the Motions (docs. 178, 188, 193) are GRANTED. Accordingly, the Fee Applications are approved, and the Receiver is directed to pay, without further court order and at such times as the Receiver determines in his discretion that funds are available, the compensation requested.

DONE and ORDERED this the 8th day of March 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE