IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOKF, N.A., as Indenture Trustee,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**BAMA OAKS RETIREMENT, LLC,** )<br>**SAINT SIMONS HEALTH CARE, LLC,** )<br>**and MEDICAL CLINIC BOARD OF THE** )<br>**CITY OF MOBILE (SECOND),** )<br>)<br>**Defendants.** ) | Civil Action No. 21-00029-KD-B |

## ORDER

This action is before the Court on the Motions to Approve Compensation for Services Rendered and Expenses Incurred as Counsel to Receiver from January 1, 2023, through January 31, 2023, and from February 1, 2023, through February 28, 2023, filed by Counsel Waller Lansden Dortch & Davis LLP and Epstein Becker Green P.C. (docs. 197, 202). For January, Waller seeks approval of compensation in the amount of $402.60 for attorney fees and EBG seeks approval of compensation in the amount of $483.00 (doc. 197, p. 5-6).[1] For February, Waller seeks approval of compensation in the amount of $441.00 for attorney fees and EBG seeks approval of compensation in the amount of $1,076.25 (doc. 202, p. 5-6).

Counsel asserts that the compensation and reimbursement requested is reasonable and incurred for services necessary to the Receiver's performance and exercise of his duties and

---

[1] The services performed and expenses incurred during the months of January and February 2023 were allocated between the Receivership for the Assisted Living Facility (Civil Action No. 21-00028-KD-B) and the Receivership for the Independent Living Facility (Civil Action No. 21-00029-KD-B), with the former incurring 70% of the attorney fees and expenses and the latter incurring 30% of same.

responsibilities. In support, counsel cites to certain provisions in the Order appointing the Receiver (doc. 42, ¶¶ 8, 19, 36). Counsel also provides time records which describe the services provided; identify the attorney performing the services, the time expended by that attorney, and the hourly rate; and set forth the total fees and expenses (Exhibits A and B to the Motions).

The thirty (30) day period for objection has passed (doc. 42, ¶ 36). To date, no objections have been filed.

Upon consideration of the Motions/Fee Applications, the time records, the Order appointing the Receiver, and the absence of any objection, the Motions are GRANTED. Accordingly, the Fee Applications are approved, and the Receiver is directed to pay, without further court order and at such times as the Receiver determines in his discretion that funds are available, the compensation requested.

DONE and ORDERED this the 31st day of May 2023.

s/ Kristi K. DuBose
KRISTI K. DuBose
UNITED STATES DISTRICT JUDGE